UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0176

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
|---|---|---|
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to |
| TOMMY GREENE | ) | Distribute Controlled Substances |
| | ) | (Eutylone and |
| | ) | Methamphetamine) |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| | ) | Prohibited Person |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Possession of a Firearm in |
| | ) | Furtherance of a Drug |
| | ) | Trafficking Crime |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession with Intent to Distribute Controlled Substances*
*(Eutylone and Methamphetamine)*
18 U.S.C. § 841(a)

On or about October 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**TOMMY GREENE,**

did knowingly and intentionally possess with intent to distribute a quantity or mixture of Eutylone, a Schedule I controlled substance; and a quantity or mixture of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and (b)(1)(C).

## COUNT TWO
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**TOMMY GREENE,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Glock 27 .40 caliber pistol, and ammunition, to wit: fourteen rounds which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about October 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**TOMMY GREENE,**

did knowingly possess a firearm, to wit: a Glock 27 .40 caliber pistol; in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Controlled Substances (Eutylone and Methamphetamine), in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction for any offense in violation of Title 21, United States Code set forth in this Indictment, the defendant,

**TOMMY GREENE,**

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, the offense(s).

If, as a result of any act or omission of the defendant, any of the property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

Upon conviction of any offense alleged in this Indictment, the above-named defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Sections 2461(c) any firearm and ammunition involved in that offense, including but not limited to Glock 27, .40 caliber pistol, Serial Number MVT809 and ammunition.

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Joshua S. Bearden
Assistant United States Attorney
*Lead Counsel

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
Deputy Chief, Criminal Division